McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Sacramento, California 95814
Telephone: (559) 497-4000

Attorneys for Plaintiff

FILED

FEB 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05CR00391-OWW |
| ) | |
| Plaintiff, ) | |
| ) | RELEASE OF LIEN |
| v. ) | FOR FINE/RESTITUTION |
| ) | |
| NICOLE GOSS, ) | |
| ) | |
| SSN: ***-**-1784 ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are instructed to enter a Release of Lien for Fine/Restitution. A Notice of Lien For Fine/Restitution was entered by the Recorder of Kern County, California, Doc#: 0206235318, on September 22, 2006. The Notice of Lien For Fine/Restitution is hereby acknowledged as released as to Defendant Nicole Goss.

DATED: 2/26/08

McGREGOR W. SCOTT
United States Attorney

By: _____
STANLEY A. BOONE
Assistant U.S. Attorney

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Sacramento, California  95814
 4  Telephone:  (559) 497-4000

 5  Attorneys for Plaintiff
```

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05CR00391-OWW |
| Plaintiff, ) | |
| v.  ) | RELEASE OF LIEN FOR FINE/RESTITUTION |
| NICOLE GOSS, ) | |
| SSN: ***-**-1784 ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are instructed to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Clark County, Nevada, Doc#: 20080206-0000817, on February 6, 2008. The Notice of Lien For Fine/Restitution is hereby acknowledged as released as to Defendant Nicole Goss.

DATED: 2/26/08

McGREGOR W. SCOTT
United States Attorney

By: _____
    STANLEY A. BOONE
    Assistant U.S. Attorney