PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                              ) | Docket Number:  1:05CR00391-08 OWW |
| ) | |
| NICOLE GOSS                              ) | |
| ) | |

On August 21, 2006, the above-named was placed on Probation for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON
United States Probation Officer**

Dated:     March 3, 2008
               Bakersfield, California

**REVIEWED BY:**       **/s/ Rick C. Louviere**
                                    **RICK C. LOUVIERE
                                    Supervising United States Probation Officer**

**Re:   Nicole GOSS**
      **Docket Number:   1:05CR00391-08 OWW**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   March 24, 2008**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE